## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

SHAREEN WOOD-SEBALD,

                Plaintiff,              Case No.  08-11722

                                            Hon. Anna Diggs Taylor

v.                                   Magistrate Judge Charles E. Binder

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.

_____/

### ORDER ACCEPTING MAGISTRATE'S REPORT AND RECOMMENDATION

       This matter is before the Court on Magistrate Judge Charles E. Binder's Report and Recommendation of January 20, 2009, granting Defendants' Motion for Summary Judgment [D/E-16] and denying Plaintiff's Motion for Summary Judgment [D/E-11].

       The Court has reviewed the file and the Magistrate Judge's Report and Recommendation. No objections have been filed.  The Court finds that the law cited by the Magistrate has been correctly placed and is controlling in this matter.

       Therefore, the Court will accept the Magistrate's Report and Recommendation of January 20, 2009 as the findings and conclusions of this Court.

       Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Binder's Report and Recommendation of January 20, 2009 is ACCEPTED and ADOPTED.

       IT IS SO ORDERED.

DATED:  February 25, 2009             **s/Anna Diggs Taylor**
                                          ANNA DIGGS TAYLOR
                                        UNITED STATES DISTRICT JUDGE

---

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 25, 2009.

                                          s/Johnetta M. Curry-Williams
                                        Case Manager